AUSTIN

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596     FEB 03 2015
$ 00.26⁵

MAILED FROM ZIP CODE 78701

**1/28/2015**
**SANCHEZ, QUIRINO MACHIN - Tr. Ct. No. CR-1624-10-J(2)          WR-80,826-03**
The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, applicant devoted 4 pages to his seventh ground, even though the instructions say, "The recitaion of the facts supporting each ground must be no longer than the two pages...". He also did not include a certificate of compliance for his memorandum.

Abel Acosta, Clerk

DIS

QUIRINO MACHIN SANCHEZ          UTF
MOORE (MTC) - TDC #1665404